**Opinion issued July 14, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00248-CV

————————————

**BRITTNEY M. BRADLEY, Appellant**

**V.**

**RODNEY CRAIG WALKER, Appellee**

On Appeal from the 245th District Court
Harris County, Texas
Trial Court Case No. 2009-03956

## MEMORANDUM OPINION

Appellant Brittney M. Bradley failed to file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a). On June 8, 2026, the Clerk of this Court notified Appellant that the appellate brief was past due, and this appeal was subject to dismissal. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We directed Appellant to file a brief and a motion

requesting an extension to file the brief within 10 days of our notice. Appellant did not respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to file a brief. *See* TEX. R. APP. P. 38.8(a), 42.3(b)–(c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Dokupil.